Certificate Number: 01401-PAE-DE-028271667

Bankruptcy Case Number: 11-16170



01401-PAE-DE-028271667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2016</u>, at <u>1:58</u> o'clock <u>PM EDT</u>, <u>John H Grant, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 27, 2016</u>          By:   <u>/s/Jeremy Lark</u>

Name:   <u>Jeremy Lark</u>

Title:   <u>FCC Manager</u>