United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16170-jkf
John H. Grant                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG         Page 1 of 2              Date Rcvd: Nov 16, 2016
                            Form ID: 138NEW          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db         +John H. Grant,   1061 Radnor Road,   Wayne, PA 19087-2204
cr          Montgomery County Tax Claim Bureau,   c/o Xspand,   115 S. Jefferson Rd,   Bldg D-1,
            Whippany, NJ  07981
12514053   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
            Wilmington, DE 19886-5102)
12509625    Citibank SD NA,   P.O. Box 6241,   Sioux Falls, SD  57117-6241
12509621   +Daniel T. McGrory, Esquire,   144 E. DeKalb Pike,   Suite 300,   King of Prussia, PA 19406-2150
12509626   +Earthstar NOW Polonia Bank,   376 Second Street Pike,   Southampton, PA 18966-3834
12509627    Home Depot Credit Svc.,   Processing Center,   Des Moines, IA  50364-0500
12509628    Lankenau Medical Center,   P.O. Box 8500-1145,   Philadelphia, PA  19178-0001
12509629   #+Main Line Emergency Med Assoc,   P.O. Box 3012,   Wilmington, DE 19804-0012
12519088    Montgomery County Tax Claim Bureau,   c/o XSPAND,   115 South Jefferson Road,   Bldg. D-1,
            Whippany, NJ  07981
12509630    Montgomery Tax Claim Bureau,   P.O. Box 311,   Norristown, PA  19404-0311
12509631   +Polonia Bank,   3993 Huntingdon Pike,   Huntingdon Valle, PA 19006-1932
12535896   +Polonia Bank,   3993 Huntingdon Pike, Suite 300,   Huntingdon Valley, PA 19006-1932
12609717    Verizon,   PO BOX 3037,   Bloomington, IL 61702-3037
12509633    Xspand,   P.O. Box 2288,   Morristown, NJ  07962-2288
12593949    eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:14    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:02
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:17:44
            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
            Houston, TX  77210-4457
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:17:19
            PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12591772   +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:42    BACK BOWL I LLC, SERIES B,
            C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12509624    E-mail/Text: bankruptcycollections@citadelbanking.com Nov 17 2016 02:11:47    Citadel FCU,
            40 N. Bailey Road,   Thorndale, PA  19372-1026
12537478   +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 17 2016 02:11:48
            Citadel Federal Credit Union,   PO BOX 147,   Thorndale, PA 19372-0147
13028102    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:16:52    Midland Funding LLC,
            by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
            Houston, TX  77210-4457
12734217    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:17:41
            Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12529715    E-mail/Text: ebn@vativrecovery.com Nov 17 2016 02:09:46    Palisades Acquisition IX, LLC,
            Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
            PO Box 40728,   Houston TX 77240-0728
                                                                                    TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
            Houston, TX  77210-4457
12509720*  +Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
12509721*  +Citadel FCU,   40 N. Bailey Road,   Thorndale, PA  19372-1026
12509722*  +Citibank SD NA,   P.O. Box 6241,   Sioux Falls, SD  57117-6241
12509718*  +Daniel T. McGrory, Esquire,   144 E. DeKalb Pike,   Suite 300,   King of Prussia, PA 19406-2150
12509723*  +Earthstar NOW Polonia Bank,   376 Second Street Pike,   Southampton, PA 18966-3834
12509724*   Home Depot Credit Svc.,   Processing Center,   Des Moines, IA  50364-0500
12509622*  +John H. Grant,   1061 Radnor Road,   Wayne, PA 19087-2204
12509719*  +John H. Grant,   1061 Radnor Road,   Wayne, PA 19087-2204
12509725*   Lankenau Medical Center,   P.O. Box 8500-1145,   Philadelphia, PA  19178-0001
12509726*  +Main Line Emergency Med Assoc,   P.O. Box 3012,   Wilmington, DE 19804-0012
13028107*   Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
            Houston, TX  77210-4457
12509727*   Montgomery Tax Claim Bureau,   P.O. Box 311,   Norristown, PA  19404-0311
12509728*  +Polonia Bank,   3993 Huntingdon Pike,   Huntingdon Valle, PA 19006-1932
12509729*  +Rose M. Hyke, Esquire,   Upper Merion Tax Collector,   175 W. Valley Forge Road,
            King of Prussia, PA 19406-1816
12509730*   Xspand,   P.O. Box 2288,   Morristown, NJ  07962-2288

```
District/off: 0313-2          User: JeanetteG          Page 2 of 2          Date Rcvd: Nov 16, 2016
                             Form ID: 138NEW          Total Noticed: 27

12509623     ##+Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
12509632     ##+Rose M. Hyke, Esquire,   Upper Merion Tax Collector,   175 W. Valley Forge Road,
              King of Prussia, PA 19406-1816
12609719     ##+Verizon Wireless,    PO BOX 3397,   Bloomington, IL 61702-3397
                                                                      TOTALS: 0, * 16, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Polonia Bank s/b/m to Earthstar Bank
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Polonia Bank s/b/m to Earthstar Bank ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          DANIEL T. MCGRORY    on behalf of Debtor John H. Grant dmcgrory@pmrbm.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John H. Grant

      Debtor(s)

Bankruptcy No: 11−16170−jkf

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 11/16/16