# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John H. Grant  | CHAPTER 13
      Debtor(s) |
  | BKY. NO. 11-16170 JF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Polonia Bank s/b/m to Earthstar Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7105

                                              Respectfully submitted,

                                              **/s/Thomas Puleo, Esquire**
                                              Thomas Puleo, Esquire
                                              Brian C. Nicholas, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406