United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-16170-jkf
John H. Grant                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JeanetteG            Page 1 of 1            Date Rcvd: Jan 20, 2017
                                Form ID: 195               Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.
db          +John H. Grant,    1061 Radnor Road,    Wayne, PA 19087-2204
cr           Montgomery County Tax Claim Bureau,    c/o Xspand,   115 S. Jefferson Rd,   Bldg D-1,
              Whippany, NJ  07981

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2017 01:57:47
              Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2017 01:58:31
              PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Polonia Bank s/b/m to Earthstar Bank
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor   Polonia Bank s/b/m to Earthstar Bank ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              DANIEL T. MCGRORY    on behalf of Debtor John H. Grant dmcgrory@pmrbm.com
              THOMAS I. PULEO    on behalf of Creditor   Polonia Bank s/b/m to Earthstar Bank
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                            : Chapter 13

John H. Grant                                                                          : Case No. 11−16170−jkf

       Debtor(s)

### *ORDER*
_____

AND NOW, this day , January 20, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Jean K. FitzSimon
                    Judge , United States Bankruptcy Court